# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: ANGELA K. WETTER                §    Case No. 12-83990
                                       §
                                       §
            Debtors                    §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 10/24/2012.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/27/2013.

5) The case was dismissed on 04/05/2013.

6) Number of months from filing or conversion to last payment: 3.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $19,268.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 1,812.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 1,812.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 96.26 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 96.26 |
| Attorney fees paid and disclosed by debtor: | $ 589.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MARVIN G. RIPLEY | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| CREDIT AUTO SALES | Sec | 3,700.00 | 3,700.00 | 3,700.00 | 1,715.74 | 0.00 |
| STERLING FEDERAL BANK | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF TREASURY | Pri | 3,249.31 | NA | NA | 0.00 | 0.00 |
| ACS / WELLS FARGO | Uns | 13,137.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA #5830 | Uns | 916.56 | NA | NA | 0.00 | 0.00 |
| AFFORDABLE WASTE SYSTEMS | Uns | 40.92 | NA | NA | 0.00 | 0.00 |
| APPLIED CARD BANK | Uns | 971.68 | NA | NA | 0.00 | 0.00 |
| BENEFICIAL | Uns | 1,012.00 | NA | NA | 0.00 | 0.00 |
| BERGNERS | Uns | 52.05 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 1,275.00 | 1,275.97 | 1,275.97 | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 921.30 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Uns | 417.60 | NA | NA | 0.00 | 0.00 |
| CCS / FIRST SAVINGS BANK | Uns | 476.00 | NA | NA | 0.00 | 0.00 |
| CITY OF DIXON | Uns | 135.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 1,042.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Uns | 130.00 | NA | NA | 0.00 | 0.00 |
| COUNTRY DOOR | Uns | 333.95 | 350.21 | 350.21 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CRUTCHER, LISA MD | Uns | 110.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Uns | 81.00 | NA | NA | 0.00 | 0.00 |
| TEXAS GUARANTEED STUDENT | Uns | 47,527.00 | 1,025.73 | 1,025.73 | 0.00 | 0.00 |
| FIFTH THIRD BANK | Uns | 1,089.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 422.28 | NA | NA | 0.00 | 0.00 |
| FOCUS RECEIVABLES | Uns | 476.66 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY | Uns | 13,874.00 | 14,674.90 | 14,674.90 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 224.00 | 215.49 | 215.49 | 0.00 | 0.00 |
| GE MONEY BANK | Uns | 480.63 | NA | NA | 0.00 | 0.00 |
| KELLI WALKER, ESQ | Uns | 2,611.69 | 2,905.48 | 2,905.48 | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 189.00 | 189.00 | 189.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,026.00 | 1,026.29 | 1,026.29 | 0.00 | 0.00 |
| KATHERINE SHAW BETHEA | Uns | 1,524.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Uns | 278.00 | 278.56 | 278.56 | 0.00 | 0.00 |
| KSB MEDICAL GROUP INC | Uns | 245.00 | NA | NA | 0.00 | 0.00 |
| MILLER LANCASTER & WALKER | Uns | 281.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT ADJUSTERS | Uns | 212.50 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT ADJUSTERS | Uns | 212.50 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 327.29 | 233.23 | 233.23 | 0.00 | 0.00 |
| NORTH SHORE AGENCY INC | Uns | 90.25 | NA | NA | 0.00 | 0.00 |
| PRINCEVILLE STATE BANK | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Uns | 594.50 | 1,927.71 | 1,927.71 | 0.00 | 0.00 |
| SAUK VALLEY MOTORS | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| STATES RECOVERY SYSTEMS INC | Uns | 678.70 | NA | NA | 0.00 | 0.00 |
| STERLING FEDERAL BANK | Uns | 760.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Uns | 1,255.00 | 536.78 | 536.78 | 0.00 | 0.00 |
| WACHOVIA / ACS | Uns | 15,693.00 | NA | NA | 0.00 | 0.00 |
| WHITESIDE COUNTY HEALTH | Uns | 68.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 0.00 | 3,461.52 | 3,461.52 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 58.47 | 58.47 | 0.00 | 0.00 |
| TEXAS GUARANTEED STUDENT | Uns | 0.00 | 1,025.73 | 1,025.73 | 0.00 | 0.00 |
| ECMC | Uns | 0.00 | 4,935.79 | 4,935.79 | 0.00 | 0.00 |
| ECMC | Uns | 0.00 | 11,333.46 | 11,333.46 | 0.00 | 0.00 |
| TEXAS GUARANTEED STUDENT | Uns | 0.00 | 5,641.54 | 5,641.54 | 0.00 | 0.00 |
| TEXAS GUARANTEED STUDENT | Uns | 0.00 | 6,521.46 | 6,521.46 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ILLINOIS STUDENT ASSISTANCE | Uns | 0.00 | 1,328.69 | 1,328.69 | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION | Uns | 0.00 | 46,967.47 | 46,967.47 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 3,700.00 | $ 1,715.74 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 3,700.00 | $ 1,715.74 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 3,461.52 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 3,461.52 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 102,451.96 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 96.26 |
| Disbursements to Creditors | $ 1,715.74 |
| **TOTAL DISBURSEMENTS:** | $ 1,812.00 |

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  06/24/2013         By:  /s/ Lydia S. Meyer
                                   Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)